**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Travis McLEAN, Defendant–Appellant.**

**No. 14–6275.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2015.

Decided: May 21, 2015.

Travis McLean, Appellant Pro Se. Sebastian Kielmanovich, Assistant United States Attorney, Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis McLean appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we deny McLean's motion for appointment of counsel and affirm for the reasons stated by the district court. *United States v. McLean,* Nos. 5:10–cr–00104–FL–1; 5:12–cv–00515–FL (E.D.N.C. Feb. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*